NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIELA ROBINSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROCKAWAY ESTATES LLC and ) <br> ASTORIA FEDERAL ) <br> MORTGAGE CORP., ) <br> ) <br> Defendants. ) | Civil Action No.: 09-508 <br><br> **ORDER** |

**LINARES**, District Judge.

This matter having come before the Court on Plaintiff's submission of an application to proceed in forma pauperis, and her filing of a Complaint with this Court on February 4, 2009, and it appearing that:

1. Plaintiff did not prepay the $350.00 filing fee for a civil action as required by Local Civil Rule 54.3(a);

2. Plaintiff has filed a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and that the information therein indicates that Plaintiff is entitled to proceed in forma pauperis;

3. This Court having reviewed Plaintiff's Amended Complaint under 28 U.S.C. § 1915 and found that it may be filed;

**IT IS THEREFORE** on this 9th day of February, 2009,

**ORDERED** that the Plaintiff may proceed in forma pauperis, and that Plaintiff's filing fee and security in this action are hereby waived; and it is further

**ORDERED** that the Clerk of the Court shall open this case and file the Complaint in this matter; and it is further

**ORDERED** that the Clerk of the Court shall mail a copy of this Order to Plaintiff within seven (7) days; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue the summonses and the United States Marshal shall serve summonses and copies of the Complaint and this Order upon Defendants, with all costs of service advanced by the United States.

Jose L. Linares
United States District Judge